UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | | |
|---|---|---|
| IN RE : MARK S. MILLER<br>JAMILEH MILLER<br><br>DEBTORS<br><br><br>MARK S. MILLER<br>JAMILEH MILLER<br><br>Plaintiffs,<br>v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, ARONOWITZ &<br>MECKLENBURG, LLP,<br>CITIMORTGAGE, INC. AND<br>ONEWEST BANK FSB<br><br>Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Chapter 13<br>Case No. 10-25453<br><br><br><br><br><br><br><br>Adversary Case No.<br>10-01757-MER |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CITIMORTGAGE, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED ADVERSARY COMPLAINT**

Pursuant to Fed. R. Evid. 201, defendant CitiMortgage, Inc. (**CitiMortgage**) respectfully requests this Court take judicial notice of the following:

1. **Exhibit 1**: A true and correct copy of the Note dated April 20, 2006, and executed by plaintiffs Mark S. Miller and Jamileh Miller (**plaintiffs**) in favor of IndyMac Bank, F.S.B., in the amount of $216,236.00.

2. **Exhibit 2**: A true and correct copy of the Note dated April 20, 2006, and executed by plaintiffs in favor of IndyMac Bank, F.S.B., in the amount of $54,060.00.

3. **Exhibit 3**: A true and correct copy of the Deed of Trust executed by plaintiffs in favor of IndyMac Bank, F.S.B. on or about April 20, 2006, and recorded in the Official Records of the County of Arapahoe on March 19, 2007, as instrument number B7034459.

4. **Exhibit 4**: A true and correct copy of the Deed of Trust executed by plaintiffs in favor of IndyMac Bank, F.S.B. on or about April 20, 2006, and recorded in the Official Records of the County of Arapahoe on March 19, 2007, as instrument number B7034460.

5. **Exhibit 5**: A true and correct copy of the "Assignment of Mortgage", assigning the second loan on plaintiffs' property to CitiMortgage, recorded in the Official Records of the County of Arapahoe on November 4, 2010, as instrument number D0113769.

6. **Exhibit 6**: Election and Demand for Sale and recorded in the official records of the county of Arapahoe on February 24, 2010, as instrument number D0017969.

7. **Exhibit 7**: A true and correct copy of "Rule 120 Motion for Order Authorizing Sale" filed with the Arapahoe County District Court on January 18, 2011, in civil case number 2010cv201323.

8. **Exhibit 8**: A true and correct copy of the Order Authorizing Sale signed by the Honorable Charles M. Pratt on November 19, 2010, in civil case number 2010cv201323.

9. **Exhibit 9**: A true and correct copy of the plaintiffs' "Verified Complaint to Quiet Title (Adverse Possession) Illegal Eviction, Illegal Foreclosure,

Fraud, Temporary Restraining Order/Permanent Injunction & Declaratory Judgment" filed in Arapahoe County District Court on April 28, 2011.

The Court should take judicial notice of these documents because they are from sources whose accuracy cannot reasonably be questioned. *See* Fed. R. Evid. 201(b). "The taking of judicial notice under Rule 201(d) is mandatory 'if requested by a party and supplied with the necessary information.'" *Center For Native Ecosystems v. U.S. Fish & Wildlife Serv.*, No. 08-cv-2744, 2010 WL 2035580, at *2 (D. Colo. May 20, 2010) (quoting Fed. R. Evid. 201(d)). Pursuant to Fed. R. Evid. 201, the court can take judicial notice "of its own files and records, as well as facts which are a matter of public record." *Roueche v. U.S.*, No. 09-cv-00048-WDM-BNB, 2010 WL 3170758, at *3 (D. Colo. Aug. 10, 2010) (taking juridical notice of filings and orders from related case) (quoting *Tal v. Hogan*, 453 F.3d 1244, 1264 n. 24 (10th Cir.2006) (citing *Van Woudenberg ex rel. Foor v. Gibson*, 211 F.3d 560, 568 (10th Cir.2000))); *Cartinelle v. Napolitano*, No. 08-cv-02223-REB-BNB, 2010 WL 2543575, at *2 fn. 1 (D. Colo. May 4, 2010) (finding Court "may take judicial notice of the records in the plaintiffs' previously filed cases").

The Court may also take judicial notice of documents incorporated by reference in the pleadings. *See*, *e.g.*, *Hubler v. Lander*, No. 08-cv-02546-PAB-BNB, 2010 WL 935667, at *4 fn. 3 (D. Colo. Mar. 10, 2010); *Walker v. Van Laningham,* 148 P.3d 391, 397 (Colo. App. 2006) ("In deciding whether to dismiss, the court may consider only the facts alleged in the pleadings, documents attached as exhibits or incorporated by reference in the pleadings, and matters of which the court may take judicial notice.").

{DN087431;2} 3

By attaching the necessary information to determine the accuracy of these facts, CitiMortgage believes these are matters for which the Court must take judicial notice. This Court can and should take judicial notice of these matters in deciding CitiMortgage's Motion to Dismiss Plaintiffs' First Amended Adversary Complaint.

Dated this 1st day of June, 2011.

                                             Respectfully submitted,

                                              *s/ Kevin R. Dehring*
                                             Justin D. Balser, Reg. No. 34365
                                             Kevin R. Dehring, Reg. No. 36343
                                             **AKERMAN SENTERFITT LLP**
                                             The Kittredge Building
                                             511 Sixteenth Street, Suite 420
                                             Denver, Colorado 80202
                                             (303) 260-7712 Telephone
                                             (303) 260-7714 Facsimile
                                             Email: justin.balser@akerman.com
                                             Email: kevin.dehring@akerman.com

                                             *Attorneys for Defendant*
                                             *CitiMortgage, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2011, I electronically filed the foregoing **Request for Judicial Notice in Support of CitiMortgage, Inc.'s Motion to Dismiss Plaintiffs' First Amended Adversary Complaint** with the Clerk of Court using the CM/ECF system and served the following party via overnight delivery:

>Mark S. Miller
>Jamileh Miller
>19733 E. Union Drive
>Centennial, CO 80015
>*Pro Se Plaintiffs*

>>*s/ Debby Esler*
>>Debby Esler